Anthony R. Montoya,
9820 N. Central Avenue, Suite #131
Phoenix, AZ 85020
(602) 999-7239
anthonyrmontoya@gmail.com
AZ Bar #022322
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT DISTRICT OF ARIZONA

| | |
|---|---|
| Mauricio Eduardo Martinez, | Case No.: 2:18-bk-06454-PS |
| XXX-XX-5969 | Chapter 7 Proceedings |
| Debtor | |
| | EMERGENCY MOTION TO REINSTATE CHAPTER 7 PROCEEDINGS |

COMES now the debtor, Mauricio Eduardo Martinez, by and through counsel undersigned, and hereby respectfully requests that his chapter 7 case be reinstated immediately.

On June 27, 2018, the Honorable Paul Sila dismissed Case # 2:18-bk-06454-PS for the following reason:

1.    The debtor failed to file the declaration regarding evidence of employer payments.

Said payments declaration was filed on July 3, 2018.

Wherefore, Debtor respectfully requests this honorable court to reinstate Chapter 7 proceedings on behalf of Mauricio Eduardo Martinez and reset the 341 meeting of creditors.


Dated this 3rd day of July, 2018.



Anthony R. Montoya
AZ Bar 22322

Copy of the foregoing mailed this 3rd day of July 2018 to the following parties:
Clerk US Bankruptcy Court, 230 N. 1st Avenue, Suite 101, Phoenix, Arizona 85070-5080
Constantino Flores, Trustee, PO Box 95080., Arizona 85331
Mauricio Eduardo Martinez, 5922 W. Granada Road Phoenix, Arizona 85035

EMERGENCY MOTION TO REINSTATE CHAPTER 7 PROCEEDINGS - 1